| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

ALEX MELVIN WADE, JR.,            §
                                  §
        Plaintiff,                §
                                  §
*versus*                          §   CIVIL ACTION NO. 1:13-CV-230
                                  §
TEXAS DEPARTMENT OF CRIMINAL      §
JUSTICE, CID, *et al.,*           §
                                  §
        Defendants.               §

## MEMORANDUM ORDER

Plaintiff, Alex Melvin Wade, an inmate with the Mark Stiles Unit with the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 28 U.S.C. § 1983.

## DISCUSSION AND ANALYSIS

Plaintiff filed correspondence on October 24, 2013 stating he wished to withdraw this civil rights action. This court construes the correspondence from plaintiff as a motion to dismiss.

Plaintiff has an absolute right to voluntarily dismiss his claims, without a court order, before the opposing party serves an answer. *See* Fed. R. Civ. P. 41(a)(1). The defendants have not been ordered to answer in this case. Plaintiff's claims, therefore, should be dismissed pursuant to Fed. R. Civ. P. 41(a)(1).

**ORDER**

Plaintiff's motion to dismiss is **GRANTED** and this civil rights action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(a)(1).

SIGNED at Sherman, Texas, this 4th day of November, 2013.

                                              MARCIA A. CRONE
                                    UNITED STATES DISTRICT JUDGE